FILED
CLERK, U.S. DISTRICT COURT

OCT 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     Case No.: O8-26269M
                                    )
                  Plaintiff,        )     ORDER OF DETENTION
                                    )
         vs.                        )     [Fed. R. Crim. P. 32.1(a)(6);
                                    )      18 U.S.C. § 3143(a)]
Lizette Bustillos                   )
                  Defendant.        )
_____   )

        The defendant having been arrested in this District pursuant to
a warrant issued by the United States District Court for the
_____ for alleged violation(s) of the terms and
conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    (✓)   The defendant has not met his/her burden of establishing by
clear and convincing evidence that he/she is not likely to flee
if released under 18 U.S.C. § 3142(b) or (c).  This finding is
based on  history of absconding + charge of

1  address without notifying probation

2

3

4  and/or

5  B.  (✓  The defendant has not met his/her burden of establishing by

6  clear and convincing evidence that he/she is not likely to pose

7  a danger to the safety of any other person or the community if

8  released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9  on: drug use and child endangerment

10

11

12

13

14  IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:  October 29, 2008

18

19

20  JEFFREY W. JOHNSON

21  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2